No. 91–1888.  PERSON *v.* MEACHUM, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION.  C. A. 2d Cir.  Certiorari denied.

No. 91–1889.  BAIR, DIRECTOR, IOWA DEPARTMENT OF REVENUE AND FINANCE *v.* BURLINGTON NORTHERN RAILROAD CO.  C. A. 8th Cir.  Certiorari denied.

No. 91–1890.  DUNWOODY ET AL. *v.* EDN CORP.  Super. Ct. Pa.  Certiorari denied.

No. 91–1891.  KING *v.* JAMES ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 91–1892.  RUBEN *v.* HOME PORT RENTALS, INC.; and
No. 92–25.  ALLEN *v.* HOME PORT RENTALS, INC.  C. A. 4th Cir.  Certiorari denied.  Reported below: 957 F. 2d 126.

No. 91–1893.  POLARIS INDUSTRIES PARTNERS L. P. ET AL. *v.* WESTERN POWER SPORTS, INC.  C. A. 9th Cir.  Certiorari denied.

No. 91–1894.  LIVELY *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR UnitedBank-Houston.  C. A. 5th Cir.  Certiorari denied.

No. 91–1897.  CUTRIGHT *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 91–1898.  VOIT SPORTS, INC. *v.* REIMERS ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 91–1899.  DAY *v.* MOSCOW ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 91–1900.  ALEXANDER *v.* CITY OF MENLO PARK ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–1901.  GENERAL ELECTRIC CAPITAL CORP. *v.* NORTH COUNTY JEEP & RENAULT, INC.  C. A. 9th Cir.  Certiorari denied.